Sampson Martinez, Attorney
Professional Corporation
Post Office Box 2415
205 South Second Street
Gallup, New Mexico 87301
Phone: (505) 726-1218
Fax: (505) 726-1219

Attorney for the Estate of Sybil Baldwin

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT ARIZONA**

| | |
|---|---|
| Daniel Felix and Dorthy Felix,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Pic-N-Run, Inc., and Arizona Corporation, Milan Building Associates, Inc., a Texas Corporation, Stella Jeanette Eldridge, Vernon W. Eldridge, The Environmental Protection Agency, an agency of United States Federal Government, the Navajo Nation, the Navajo Nation Environmental Protection Agency, an agency of the Navajo Nation, Spencer Riedel, Service Station Equipment & Sales Co. Inc., an Arizona Corporation, the Estate of Sybil Baldwin,<br><br>    Defendants. | **Case No. CV-09-8015-PCT-JAT** |

**ESTATE OF SYBIL BALWIN'S MOTION FOR**
**VOLUNTARY DISMISSAL OF COUNTERCLAIMS**

COMES NOW, Walter Baldwin, representing the Defendant Estate of Sybil Baldwin ("Defendant Estate"), through the undersigned counsel, moves the Court pursuant to Federal Rules of Civil Procedure 41 (c) for voluntary dismissal without prejudice of its counterclaims against Plaintiffs and dismissal of its CERCLA defenses. On September 17, 2009, Plaintiffs filed a motion to dismiss Defendant Estate's CERCLA counterclaims and strike CERCLA defenses.

Upon reviewing Plaintiffs' motions, Defendant Estate now seeks to dismiss its CERCLA counterclaims against Plaintiffs and strike the CERCLA defenses in its answer.

Respectfully submitted on this 25th day of September 2009.

_____S_____
Sampson Martinez
Attorney for Defendant Estate

CERTIFICATION OF SERVICE

I certify that a true copy has been emailed to attorneys in the case per e-filing on this 25th day of September 2009.
_____S_____